IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SADIE COLON, Individually and as Personal Representative of the Estate of Her Minor Child, A.C., and GLENROY CRANSTON,<br><br>           Plaintiff,<br><br>v.<br><br>FISHER-PRICE, INC., MATTEL, INC., and WALMART INC.<br><br>           Defendants. | Case No.: 1:22-cv-10984 |

## NOTICE OF CONFIDENTIAL SETTLEMENT

Plaintiffs Sadie Colon, Individually and as Personal Representative of the Estate of Her Minor Child, A.C., and Glenroy Cranston ("Plaintiffs"), and Defendants Fisher-Price, Inc., Mattel, Inc., and Walmart Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, file this Notice of Confidential Settlement and advise the Court that the parties to the above-captioned action have reached a settlement with respect to all of Plaintiffs' claims. The Parties are currently in the process of executing a written confidential settlement agreement that will memorialize the settlement terms and pursuant to which this case will be dismissed, in its entirety, with prejudice. As a result, the Parties request the Court vacate all scheduled hearings and deadlines while the Parties finalize the confidential settlement agreement. The Parties respectfully request the Court grant them thirty (30) days to finalize and execute the written confidential settlement agreement, at which point the Parties will file a Joint Stipulation of Dismissal with Prejudice.

Respectfully Submitted,

/s/Peter J. Ainsworth
Leo V. Boyle
Peter J. Ainsworth
Robert F. Foster
Meehan, Boule, Black, & Bogdanow, P.C.
100 Cambridge Street, Suite 2101
Boston, MA 02114
Tel.: (617) 523-8300
Email: lboyle@meehanboyle.com
Email: painsworth@meehanboyle.com
Email: rfoster@meehanboyle.com

*Attorneys for Plaintiff*


/s/Bardia Sergent
James M. Vant
Mass Bar No.: 653616
**GREENBERG TRAURIG, LLP**
One International Place
Suite 2000
Boston, MA 02110
Tel.: (617) 310-6094
Fax: (617) 310-6001
Email: vantj@gtlaw.com

Lori G. Cohen (*pro hac vice*)
Brandon D. Cox (*pro hac vice*)
Bardia Sergent (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
The Terminus
3333 Piedmont Road, N.E.
Suite 2500
Atlanta, GA 30305
Tel.: (678) 553-2100
Fax: (678) 553-2212
Email:      cohenl@gtlaw.com
Email:      coxb@glaw.com
Email:      sergentb@gtlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2024, I electronically transmitted the foregoing document to the Clerk's Office using CM/ECF System and served the foregoing document by electronic mail to the following:

Leo v. Boyle
Peter J. Ainsworth
Robert F. Foster
Meehan, Boule, Black, & Bogdanow, P.C.
100 Cambridge Street, Suite 2101
Boston, MA 02114
Tel.: (617) 523-8300
Email: lboyle@meehanboyle.com
Email: painsworth@meehanboyle.com
Email: rfoster@meehanboyle.com
*Attorneys for Plaintiff*

                                                 */s/Bardia Sergent*
                                               *Attorney for Defendants*